UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 07 134 ML

| | |
|---|---|
| Phillip J. Louis<br><br>Plaintiff<br><br>VS.<br><br>ALBERTO R. GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF, as Secretary of Department of Homeland Security; DR. EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DENIS RIORDAN, as District Director of United States Citizenship and Immigration Services in Boston, Massachusetts<br><br>Respondents | Case File No.<br><br>Immigration File No.: A36 805 602 |

**PETITION FOR REVIEW**

The above-named Petitioner hereby petitions for review by this Court of a Final Administrative Denial of an N-400 Application for Naturalization by the District Director of the United States Department of Homeland Security and the United States Citizenship and Immigration Services. A copy of the Decision is attached.

Jurisdiction is asserted pursuant to Chapter 7, Title 5 of the United States Code.

This Petition is timely filed within 120 days of the Final Administrative Denial dated December 13, 2006.

Dated: April 11, 2007

Respectfully submitted,

Phillip J. Louis

Phillip J. Louis, pro se
52 Borinquen Street
Providence, RI 02905
401-861-4053

2007-0110_070410_142727.WPD