AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Phillip J. Louis

**SUMMONS IN A CIVIL CASE**

V.

ALBERTO R. GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF, as Secretary of Department of Homeland Security; DR. EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; and DENIS RIORDAN, as District Director of United States Citizenship and Immigration Services in Boston, Massachusetts

CASE NUMBER: 07 134 ML

TO: (Name and address of Defendant)

Denis Riordan, District Director
United States Citizenship and Immigration Services
John F. Kennedy Federal Building
Government Center
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phillip J. Louis, pro se
52 Borinquen Street
Providence, RI 02905

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE April 20, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-25-2007 |
|---|---|
| NAME OF SERVER *(PRINT)* Phillip J. Louis | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): By Certified Mail Return Receipt Requested Article No. 7006 0100 0005 2425 9696 in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-11-2007
Date

[signature]
Signature of Server

52 Borinquen St. Providence. R.I 02908
Address of Server

2007 MAY 11 P 3:11

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.