**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS,<br>Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, ET AL,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-134ML |

**RESPONDENTS' ASSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO FILE ANSWER**

Comes now, the Respondents, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its answer or response in the above-captioned matter up to including July 25, 2007. Respondents' answer or response is currently due on or before June 25, 2007. Petitioner has no objection to this thirty-day extension of time.

WHEREFORE, Respondents request that the Court enter an order enlarging the time within which it may answer or respond to Petitioner's Petition for Review up to and including July 25, 2007.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2007, I electronically filed the within Respondents' Assented-To Motion for Extension of Time to Fil Answer, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Phillip J. Louis
52 Borinquen Street
Providence, RI 02905

/s/ Ly T. Nguyen

LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov