IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHILLIP J. LOUIS, Petitioner, | ) | |
| v. | ) | C.A. No. 07-134ML<br>A36 805 602 |
| ALBERTO R. GONZALES, ET AL, Respondents. | ) | |

**DECLARATION OF CAROLE KARLOWICZ**

I, Carole Karlowicz, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent to statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am a Supervisory Adjudications Officer with the U.S. Citizenship and Immigration Services ("CIS") in Providence, Rhode Island.

2. In that capacity, I have access to, and regularly utilize records that are maintained on applications for naturalization.

3. All documents listed below and attached hereto are from a CIS alien file relating to Phillip J. Louis' application for naturalization and maintained in the ordinary course of CIS business:

**Ex. A**- Immigrant Visa and Alien Registration for Phillip J. Louis
**Ex. B**- Official Rap Sheet for Phillip J. Louis
**Ex. C**- Criminal Record for Phillip J. Louis from the Massachusetts Criminal History Systems Board
**Ex. D**- Application for Naturalization submitted by Phillip J. Louis filed on April 19, 2004
**Ex. E**- Naturalization Document Request dated July 10, 2004
**Ex. F**- Decision by CIS on Phillip J. Louis' application for naturalization dated April 6, 2006
**Ex. G**- Request for Hearing on Decision Naturalization Proceedings by Phillip J. Louis dated April 26, 2006
**Ex. H**- Request that Applicant for Naturalization Appear for Interview

GOVERNMENT EXHIBIT
1

dated August 28, 2006

Ex. I- Decision on Naturalization Appeal Proceedings dated December 12, 2006

Ex. J- Notes of Paul Handley, CIS examiner, from the September 14, 2006 hearing on appeal of the decision dated April 6, 2006.

4. Exhibit B, the official rap sheet for Phillip J. Louis, indicates that on February 12, 1986, Mr. Louis was arrested by the Richmond, Virginia Police Department and charged with armed robbery use of a firearm.

5. On April 19, 2004, Mr. Louis filed an application for naturalization, Form N-400, with CIS. Ex. D.

6. In a letter dated July 10, 2004, CIS requested Mr. Louis to bring certain documents to his interview. Ex. E.

7. On December 6, 2004, Mr. Louis was interviewed, under oath, by a designated examiner, concerning the information in the application. See Ex. D.

8. It was a common practice at the time of Mr. Louis's naturalization examination for the examiner to review the N-400 with the applicant orally, under oath, to reflect the applicant's oral changes on the naturalization application in red and numbered, and to have the applicant resign the application.

9. At the December 6, 2004 interview, Mr. Louis initially indicated on Form N400 and under oath that he had been arrested on three occasions, July 18, 2002, in Brockton (Massachusetts) because his "ex-wife lied to police;" September 11, 1997, in Attleboro (Massachusetts) for "driving on a suspended [license];" and June 11, 1997, in Brockton (Massachusetts) for "bounce check." Ex. D at 8.

10. The handwritten notes of the Stephen W. Higgins, Examiner, written in red ink on the application for naturalization, indicated that Mr. Louis initially told the

examiner that he had "no other arrests or records." Ex. D at 8. This correction was marked number "6." Ex. D. at 8.

11. Mr. Louis resigned the application for naturalization at the December 6, 2004 interview, certifying that the corrections numbered 1 through 7 are true and correct. Ex. D at 10.

12. However, at some point during the course of the examination, Mr. Louis admitted to several other arrests in Massachusetts as is reflected in the written decision issued to the applicant on April 6, 2006.

13. On April 6, 2006, CIS issued a decision denying Mr. Louis' application for naturalization. Ex. F.

14. On April 26, 2006, Mr. Louis filed a Request for Hearing on a Decision Naturalization Proceedings. Ex. G.

15. On September 14, 2006, Mr. Louis was interviewed by Paul Handley, CIS examiner, on his appeal application. Ex. H-I. The examiner's notes are attached as Ex. J.

16. On December 13, 2006, CIS issued a final decision denying Mr. Louis' naturalization application. Ex. I.

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

July 24, 2007
Dated

Carole Karlowicz
Supervisory Adjudications Officer
U.S. Citizenship and Immigration Services