OPTIONAL FORM 155 (REV. 1-77)
(Formerly FS-511)
DEPT. OF STATE

50155-102

VALID ONLY IF ACCOMPANYING OR FOLLOWING TO JOIN SPOUSE/FATHER/MOTHER

# IMMIGRANT VISA AND ALIEN REGISTRATION

IV 6805602

THE IMMIGRANT ☐ HAS ☒ HAS NOT BEEN PREVIOUSLY IN THE UNITED STATES

OF (Family Name) Louis (First Name) Phillip (Middle Name) John

I. & N. FILE NUMBER IF KNOWN

ACTION BY IMMIGRANT INSPECTOR: P53 ... D30 ... A36 805 609

THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA: ... July 3, 1982 (Name of vessel or airline or port of arrival)

SEC. 212(a)(14) LABOR CERTIFICATION: ☐ NOT APPLICABLE ☐ ATTACHED ☒ NOT REQUIRED

INELIGIBILITY FOR VISA WAIVED UNDER SECTION: ☐ 212(e) ☐ 212(g) ☐ 212(h) ☐ 212(i)

| DATE OF BIRTH | COUNTRY OF BIRTH | OCCUPATION | COUNTRY OF RESIDENCE | MARITAL STATUS | SEX | NATIONALITY |
|---|---|---|---|---|---|---|
| [redacted] | Dominica 279 | Student 40 | Dominica 279 | S | M | Dominican |

FINAL ADDRESS IN THE UNITED STATES: STREET ADDRESS 435 New York Avenue CITY, STATE, AND ZIP CODE, IF AVAILABLE Brooklyn, New York 11203 314

ACTION ON APPEAL

TEMPORARY EVIDENCE OF LAWFUL ADMISSION TO PERMANENT RESIDENCE VALID UNTIL ... 1983 EMPLOYMENT AUTHORIZED

21

This visa is issued under Section 221 of the Immigration and Nationality Act and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN Embassy

AT Bridgetown, Barbados

Lawrence A. Urli

Vice Consul of the United States of America



Service No. 21
Fee Paid $20
Local Cy Equiv.

## IMMIGRANT CLASSIFICATION

CLASSIFICATION SYMBOL: P5-3 516

FOREIGN STATE/OTHER AREA LIMITATION: Trinidad

IMMIGRANT VISA NO.

ISSUED ON (Day) 09 (Month) March (Year) 1982

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF (Day) 08 (Month) July (Year) 1982

### PASSPORT

NO. 019673

OR OTHER TRAVEL DOCUMENTS (Describe)

ISSUED TO Phillip John Louis

BY Dominica

ON 06-30-80

EXPIRES 06-30-85

IV 6805602

GOVERNMENT EXHIBIT A