# OFFICIAL RAP SHEET COVER SHEET

DATE PRINTED: 09/07/2006 08:13 AM

| | | |
|---|---|---|
| SUBMITTING SITE INFORMATION | : | CIS PROVIDENCE (XBF3D3)<br>333 WESTMINSTER STREET<br>PROVIDENCE, RI 02903 |
| CURRENT TCN | : | A036805602200609070808 |
| DISTRICT ORI | : | RIINSPV00 |
| FBI NAME | : | LOUIS,PHILLIP JOHN |
| FBI NUMBER | : | [redacted] |
| DATE OF BIRTH | : | [redacted] |
| ALIEN NUMBER | : | A036805602 |
| SOCIAL SECURITY NUMBER | : | [redacted] |
| ZIP CODE | : | [redacted] |
| REASON FINGERPRINTED (FORM NUMBER) | : | N336 |

NA 0003

GOVERNMENT EXHIBIT
13

RAP SHEET PRINTOUT
TCN : A036805602200609070806
TSN : VT2006E0705640

---

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

VTINSWANZ ICN IFCS000200001917495З

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

THIS RECORD IS SUBJECT TO THE
FOLLOWING USE AND DISSEMINATION RESTRICTIONS

UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI IDENTIFICATION RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT THE FINGERPRINTS WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF THE FBI. IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED SOLELY FOR THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE THE RECEIVING DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY. IF THE INFORMATION ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE OFFICIAL MAKING THE DETERMINATION OF SUITABILITY FOR LICENSING OR EMPLOYMENT SHALL PROVIDE THE APPLICANT THE OPPORTUNITY TO COMPLETE, OR CHALLENGE THE ACCURACY OF, THE INFORMATION CONTAINED IN THE FBI IDENTIFICATION RECORD. THE DECIDING OFFICIAL SHOULD NOT DENY THE LICENSE OR EMPLOYMENT BASED ON THE INFORMATION IN THE RECORD UNTIL THE APPLICANT HAS BEEN AFFORDED A REASONABLE TIME TO CORRECT OR COMPLETE THE INFORMATION, OR HAS DECLINED TO DO SO. AN INDIVIDUAL SHOULD BE PRESUMED NOT GUILTY OF ANY CHARGE/ARREST FOR WHICH THERE IS NO FINAL DISPOSITION STATED ON THE RECORD OR OTHERWISE DETERMINED. IF THE APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS IN THE FBI'S CJIS DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD BE ADVISED THAT THE PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE SET FORTH IN TITLE 28, CFR, SECTION 16.34.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI NO. | DATE REQUESTED |
|---|---|---|
| LOUIS,PHILLIP JOHN | [redacted] | 2006/09/07 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | B | [redacted] | 508 | 140 | BRO | BLK |

BIRTH PLACE
WEST INDIES

| FINGERPRINT CLASS | PATTERN CLASS | CITIZENSHIP |
|---|---|---|
| 10 56 04 61 08<br>06 09 08 60 10 | RS LS RS LS RS LS LS LS RS LS<br>WU AU WU WU WU WU<br>AU | UNITED STATES |

END OF PART 1 - PART 2 TO FOLLOW

---

**RAP SHEET PRINTOUT**
**TCN : A036805602200609070806**
**TSN : VT2006E0705640**

---

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

VTINSWANZ
PART 2

ICN IFCS0002000019174953

- FBI IDENTIFICATION RECORD - FBI NO [redacted]

1-ARRESTED OR RECEIVED 1986/02/12 SID- VA617272
AGENCY-POLICE DEPARTMENT RICHMOND (VA1220000)
AGENCY CASE-134118
CHARGE 1-ARMED ROBBERY USE OF FIREARM

2-ARRESTED OR RECEIVED 2002/05/25 SID- MA10120482
AGENCY-BUR CRIM INVEST PLYMOUTH (MA012013Y)
NAME USED-LOUIS,PHILLIP
CHARGE 1-209A:007|VIOLATE RESTRAINING ORDER

3-DATE OF APPLICATION 2006/09/07R (DATE FP)
AGENCY-USINS-WAN SAINT ALBANS (VTINSWANZ)
AGENCY CASE-200609070808 NAME USED-LOUIS,PHILLIP
CIVIL PRINT - 09/07/2006

RECORD UPDATED 2006/09/07

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

---