# The Commonwealth of Massachusetts
## Executive Office of Public Safety
## Criminal History Systems Board

200 Arlington Street, Suite 2200
Chelsea, Massachusetts
02150

Tel: (617) 660-4600
TTY Tel: (617) 660-4606
Fax: (617) 660-4613
www.mass.gov/chsb

Mitt Romney
Governor

Kerry Healey
Lieutenant Governor

Edward A. Flynn
Secretary of Public Safety

Barry J. LaCroix
Executive Director

To whom it may concern:

A computerized search has been made of the database of the Criminal History Systems Board, which is the repository for criminal records in the Commonwealth of Massachusetts, for LOUIS, PHILLIP J and date-of-birth [redacted] The attached computer print-out is a true copy of the criminal record of the above-named.

Signed under the pains and penalties of perjury this Nineth day of January, 2004.

Sean M. Hughes

Criminal History Systems Board

Suffolk, ss.

County

Then appeared before me the above-named individual and swore the statements made herein to be true to the best of his or her knowledge and belief.

Dated: 01/09/2004

Notary Public

RANDI B. SHEA
Notary Public
My Commission Expires
May 5, 2006

My commission expires 5/5/06

GOVERNMENT EXHIBIT
C

******** W A R N I N G ********

THIS INFORMATION MAY CONTAIN CORI. IT IS NOT SUPPORTED BY FINGERPRINTS. PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH OF THE PERSON.

COMMONWEALTH OF MASSACHUSETTS
CRIMINAL HISTORY SYSTEMS BOARD

*** PERSONS COURT SUMMARY ***

NAME: LOUIS, PHILLIP J
DOB: [redacted] SEX: M RACE: B
MOTHER: EDITH GERMAINE
ADDRESS: [redacted]

FORMAL NAME: PHILLIP
POB: WEST INDIES
FATHER: CLARENCE

PCF: 00002297142
SSN: [redacted]

ADULT APPEARANCES

ARRAIGNMENT:
ARG DATE: 07/18/2002 PD: BRO COURT: BROCKTON DISTRICT
OFF: ABUSE PREVENTION ACT
DISP: C 9/13/02 (JT) 10/29/02 DISM

DKT#: 0215CR004643A
AB PREV ACT
STATUS: C WPD:

ARRAIGNMENT:
ARG DATE: 05/28/2002 PD: BRO COURT: BROCKTON DISTRICT
OFF: ABUSE PREVENTION ACT
DISP: C 9/13/02 DISM

DKT#: 0215CR004089A
AB PREV ACT
STATUS: C WPD:

ARRAIGNMENT:
ARG DATE: 09/11/1997 PD: MAS COURT: ATTLEBORO DISTRICT
OFF: OPERATING AFTER SUSPEND LIC
DISP: DISM

DKT#: 9734CR3859A
114B-SUS
STATUS: C WPD:

ARRAIGNMENT:
ARG DATE: 06/11/1997 PD: PVT COURT: BROCKTON DISTRICT
LESS
OFF: LARCENY BY CHECK
DISP: REST PD DISM

DKT#: 9715CR003418A
LAR CK
STATUS: C WPD:

NAME: LOUIS, PHILLIP J PCF: 00002297142 D · 01/20/1965 Page: 02

ARRAIGNMENT:
ARG DATE: 05/13/1997 PD: BRO COURT: BROCKTON DISTRICT DKT#: 9715CR003792A
OFF: DISTURBING THE PEACE(BREACH) DP
DISP: C 6/17/97 (JT) C 7/15/97 DF 7/17/97 DR C 7/23/97 STATUS: C WPD:
CC C 9/3/97 PD DISM

ARRAIGNMENT:
ARG DATE: 02/08/1996 PD: WEU COURT: WESTBOROUGH DISTRICT DKT#: 9667CR275B
OFF: OPERATING AFTER SUSPEND LIC 114B-SUS
DISP: 4/10/96 CC PD DISM STATUS: C WPD:

END OF ADULT ARRAIGNMENTS

REQUESTED BY: PERSN
COMPLETED BY: ##CORI-CRR 0119-CRR