U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

**Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.**

**Part 1. Your Name** *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A 036 805 602

A. Your current legal name.

Family Name *(Last Name)*: Louis

Given Name *(First Name)*: Phillip

Full Middle Name *(If applicable)*: John

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*: Louis

Given Name *(First Name)*: Phillip

Full Middle Name *(If applicable)*: John

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| Letang | Phillip | John |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name? ☑ Yes ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*: Letang

Given Name *(First Name)*: Phillip

Full Middle Name: John

**FOR INS USE ONLY**

Bar Code

04/19/2004 ESC*001219040 ESC0011990644

Date Stamp

RECEIVED ... 101 ... 4/19/04

Remarks

NO PRC/ARC VERIFIED
NO Photos Verified
4-17-04

Action

U.S. Department of Homeland Security
DENIED
FEB 2 6 2005

**Part 2. Information About Your Eligibility** *(Check Only One)*

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* ______

GOVERNMENT EXHIBIT D

**Part 3. Information About You**

Write your INS "A"- number
A 036805602

A. Social Security Number: [redacted]

B. Date of Birth *(Month/Day/Year)*: [redacted]

C. Date You Became a Permanent Resident *(Month/Day/Year)*: 07/03/1982

(2)

D. Country of Birth: Commonwealth of Dominica

E. Country of Nationality: Dominica

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)* ☑ Yes ☐ No — mother 11/4/92

G. What is your current marital status? ☐ Single, Never Married ☐ Married ☑ Divorced ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* ________

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application? ☐ Yes ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)* ☐ Yes ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language ________

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: ________

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*: [redacted]

Apartment Number: [redacted]

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | U-S-A |

B. Care of: Phillip Louis

Mailing Address - Street Number and Name *(If different from home address)*: [redacted]

Apartment Number:

| City | State | ZIP Code | Country |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | U-S-A |

C. Daytime Phone Number *(If*: [redacted]

Evening Phone Number *(If any)*: [redacted]

E-mail Address *(If any)*: [redacted]

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 036805602

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender
☑ Male ☐ Female

B. Height
5 Feet 9 Inches

C. Weight
170 Pounds

D. Race
☐ White ☐ Asian or Pacific Islander ☑ Black ☐ American Indian or Alaskan Native ☐ Unknown

E. Hair color
☑ Black ☐ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

F. Eye color
☑ Brown ☐ Blue ☐ Green ☐ Hazel ☐ Gray ☐ Black ☐ Pink ☐ Maroon ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | Dates (Month/Year) To |
|---|---|---|
| Current Home Address - Same as Part 4.A | __/____ | Present |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | Dates (Month/Year) To | Your Occupation |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | Business owner Mechanic |
| [redacted] | [redacted] | [redacted] | [redacted] | mechanic |
| [redacted] | [redacted] | [redacted] | [redacted] | mechanic |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 056805602

A. How many total days did you spend outside of the United States during the past 5 years? 36 days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? 3 trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 08/11/1999 | 04/1/1999 | ☐ Yes ☑ No | England e Ireland | 20 |
| 07/28/1998 | 8/6/1998 | ☐ Yes ☑ No | England | 9 |
| 03/13/2003 | 3/20/2003 | ☐ Yes ☑ No | England e Spain | 7 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)? 2 If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*: N/A
Given Name *(First Name)*: N/A
Full Middle Name *(If applicable)*: N/A

2. Date of Birth *(Month/Day/Year)*: N/A
3. Date of Marriage *(Month/Day/Year)*: N/A
4. Spouse's Social Security Number: N/A

5. Home Address - Street Number and Name: N/A
Apartment Number: N/A

City: N/A
State: N/A
ZIP Code: N/A

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here: A 036805602

C. Is your spouse a U.S. citizen? ☐ Yes ☐ No N/A

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen? ☐ At Birth ☐ Other

If "Other," give the following information: N/A

2. Date your spouse became a U.S. citizen: N/A

3. Place your spouse became a U.S. citizen *(Please see Instructions)*: N/A

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship: N/A

2. Spouse's INS "A"- Number *(If applicable)*: A N/A

3. Spouse's Immigration Status

☐ Lawful Permanent Resident ☐ Other N/A

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*: Depina | Given Name *(First Name)*: Fausta | Full Middle Name *(If applicable)*:

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☑ Lawful Permanent Resident
☐ Other

3. Date of Marriage *(Month/Day/Year)*: 07/25/1998

4. Date Marriage Ended *(Month/Day/Year)*: 09/03/2003

5. How Marriage

☑ Divorce ☐ Spouse Died ☐ Other

G. How many times has your current spouse been married (including annulled marriages)? N/A

If your spouse has EVER been married before, give the following information about your spouse's prior marriage. If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other

3. Date of Marriage *(Month/Day/Year)*: __/__/____

4. Date Marriage Ended *(Month/Day/Year)*: __/__/____

5. How Marriage Ended

☐ Divorce ☐ Spouse Died ☐ Other

## Part 9. Information About Your Children

Write your INS "A"- number here:
A 036805602

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions. 3

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth *(Month/Day/Year)* | INS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State & Country)* |
|---|---|---|---|---|
| Phylicia Louis | [redacted] | A | U-S-A | [redacted] |
| Parrisha Louis | [redacted] | A | U-S-A | [redacted] |
| Elysha Louis | [redacted] | A | USA | [redacted] |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |

## Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☑ No
2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☑ No
3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☑ No
4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

**Part 10. Additional Questions** ***(Continued)***

Write your INS "A"- number here: A 036 802 602

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place? ☑ Yes ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. Greater Providence Chamber of Commerce | 6. |
| 2. National ass. for Self Employed | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party? ☐ Yes ☑ No

b. Any other totalitarian party? ☐ Yes ☑ No

c. A terrorist organization? ☐ Yes ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence? ☐ Yes ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion? ☐ Yes ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany? ☐ Yes ☑ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany? ☐ Yes ☑ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? ☐ Yes ☑ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return? ☐ Yes ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"? ☐ Yes ☑ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 036805602

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No
16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☑ Yes ☐ No
17. Have you **EVER** been charged with committing any crime or offense? ☑ Yes ☐ No
18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☑ No
19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No
20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No
21. Have you **EVER** been in jail or prison? ☑ Yes ☐ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| my ex wife lied to police | 7/18/2002 | Brockton - U.S.A | Dismissed |
| Driving on Suspended | 9/11/1997 | Attleboro | Dismissed |
| Bounce check | 6/11/1997 | Brockton | Dismissed - Paid before |

No other arrests or records. Sealed case - misunderstood

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:
   a. been a habitual drunkard? ☐ Yes ☑ No
   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No
   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No
   d. been married to more than one person at the same time? ☐ Yes ☑ No
   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No
   f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No
   g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No
23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No
24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here: A 036805602

**E. Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☑ No
26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No
27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No
28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☑ No

**F. Military Service**

29. Have you **EVER** served in the U.S. Armed Forces? (7) ☒ Yes ☑ No
30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No
31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☑ No
32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☑ No

**G. Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☑ Yes ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) ______ Selective Service Number ___/____/____

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☑ Yes ☐ No
35. Do you understand the full Oath of Allegiance to the United States? ☑ Yes ☐ No
36. Are you willing to take the full Oath of Allegiance to the United States? ☑ Yes ☐ No
37. If the law requires it, are you willing to bear arms on behalf of the United States? ☑ Yes ☐ No
38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☑ Yes ☐ No
39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here: A 036805602

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature [signature]

Date *(Month/Day/Year)* 02/11/2004

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)* __/__/__

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number ( )

Preparer's Address - Street Number and Name

City

State

ZIP Code

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through 4 and the evidence submitted by me numbered pages 1 through —, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me Stephen W. Higgins DEC X 6 2004

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant [signature]

Officer's Signature [signature]

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant Phillip John Letang

Complete Signature of Applicant [signature]