**U.S Department of Justice**
**Immigration and Naturalization Service**

**A#:A036805602**
**Receipt Number:102837742**
**Naturalization Document Request**

---

A review of your N-400: Application for Naturalization, indicates that additional information is required to process your application. Please bring this letter, all the additional information requested below, your Permanent Resident Card (Green Card), all passports, and your re-entry permit (if you have one) to your interview. Failure to do so may cause delays in deciding your case or result in denial of your application. Your interview appointment letter will follow at a later date if you have not already received one. IMPORTANT: DO NOT SEND OR BRING THESE DOCUMENTS TO INS UNTIL YOUR INTERVIEW!!

PHILLIP LOUIS
[redacted]

**FILE COPY**

PRO
07/10/2004

---

**<u>Please bring the following to your interview:</u>** VSC

- You indicated in your application that you have been arrested and a FBI background check using your fingerprints also revealed that you have an arrest record. For these arrests and any other incidents in which you may have been involved, bring originals or CERTIFIED copies of all arrest records and court dispositions showing how each incident was resolved. Failure to disclose any and all arrests may result in the denial of your application.
- Two (2) adit photographs with a white background and a 3/4 profile view of the right side of your face. Your application did not include the necessary photographs or the photographs you submitted were incorrect.
- A clear copy of the front and back of your Permanent Resident Card (Green Card). If the name on your Green Card is different from the name provided on your application (PHILLIP J LOUIS), please also bring a copy of the documentation that legally changed your name, such as a marriage certificate, divorce decree, court document, etc., or if you do not have formal documents, provide a detailed explanation of why you use a different name. If you have lost your Green Card and have filed a Form I-90 for a new Permanent Resident Card, bring a copy of your receipt.
- Proof of termination of all prior marriages such as copies of final divorce decrees, death certificates, etc. AND the following information for each previous marriage: 1) name of prior spouse; 2) date of marriage; 3) date marriage ended; and 4) the citizenship and/or immigration status of prior spouse.

---

**Any documents in a foreign language must be accompanied by an English translation. The translator must certify that he/she is competent to translate and that the translation is accurate.**

**REMINDER: BRING THIS ORIGINAL LETTER WITH YOUR DOCUMENTS!!**

GOVERNMENT EXHIBIT
E