07/13/2007 16:02 FAX 6175654810 INS BOSTON 034

11/20/65

U.S. Department of Justice
Immigration and Naturalization Service

06 MAY - 8 ... NATZ. SERVICE

May 9/06 001#21495 PRO-JH $265.00

## Request for Hearing on a Decision Naturalization Proceedings Under Section 336 of the Act

| Decision: ☐ Grant ☐ Denial | Fee: |
|---|---|
| **1. In the Matter of:** (Name of Naturalization Applicant) Phillip John Louis | File Number: A 036 805 602 |

**2. I am filing a request for hearing on the decision dated:** APR 6 2006

**3. Please check the one block which applies:**

☐ I am *not submitting* a separate brief, statement or evidence.
☑ I *am submitting* a separate brief, statement and/or evidence with this form.
☐ I need ____________ days to submit a brief, statement and/or evidence to INS. (May be granted only for good cause shown. Explain in a separate letter.)

**4. Person Filing Request:**

Name (Please type or print) Phillip J. Louis

Address (Street Number and Name) [redacted] (Apt. Number)

(City) [redacted] (State) [redacted] (ZIP Code) [redacted]

Signature Phillip J. Louis Date (Month/Day/Year) 06:10:2006

☐ I am an attorney or representative and I represent: *You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not previously submit such a form.*
(Person for whom you are appearing)

**5. Briefly, state the reason(s) for this request for a hearing:**

On my application I totally forgot about the incident due to the nature of the false arrest I forgot it off for years and did no see it on my request for a Criminal check. As the date was so far away.

Form N-336 (Rev. 10/24/91) N

PROVIDENCE, RI 02903 06 MAY -1 PM 2:24 NATZ. SERVICE

U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services — DENIED DEC 15 2006

GOVERNMENT EXHIBIT G

U.S. Department Of Homeland Secu                Denis C Riordan

In The Decision letter Dated Apr 06 2006 ) INS ~~Case No.~~: No. a 36 805 602
) Decision Appeal
Phillip Louis A 36 805 602, 52 )
[redacted], )
~~Petitioner,~~ )
TO: ~~and~~ )
U. S. Department Of Homeland Security, 200 Dyer St, Providence, RI 02903, Att; Denis C Riordan, )
Respondent

---

Dear District Director/ Denis C Riordan:

I am requesting a hearing to review and appeal of your decision to deny my application for naturalization due to failure to disclosed information. I am requesting that the decision to deny me this be reversed because there was no plan on my part to do so willingly or to hide any information. This incident the most serious was are part in my life that I blocked out due to the nature of the situation I was falsely arrested in an armed robbery done by either the complaining clerk of are gas station at the time of my applying I asked for are police report on my self to remind me of all incident dealings with the courts and all the info that was on there was made clear in my filings there was no other information on there police report so I totally

forget to include in my statements. I had no intention of giving false information to obtain benefit no did I willfully held any information to obtained benefit.

On June the 5 1986 I was falsely arrested and believed the case was a big mistake I blocked this incident from my mind for years due to the nature. It was a case of mistaken identity or similar and as far as the Virginia record of driving with a suspended license it was so long I totally unintentionally forgot about it since it was so long ago.

I have lived in the US since 1983 and have lived in a respective of the law and have followed the law to the best of my ability I am a single father with three daughters raising one just joined the Navy Two months ago and have two young ones at home that I care for I intent to remain are Law abiding immigrant and asked that you give me the change to become a naturalized citizen and forgive me for my unintended error on my application please reconsider this decision to deny my application and grant me citizenship. I look forward for your decision in my favor.

P.S. More info. will be provided at hearing
Thank you

Dated this 24th day of April, 2006

Phillip Louis



3