U. S. Department of Justice
Immigration and Naturalization Service

Request That Applicant For Naturalization Appear for Interview

ALIEN REGISTRATION NO. A36805602
DATE: AUGUST 28,2006

PHILLIP LOUIS
[redacted]

Cc:
Your application for naturalization has been received and arrangements have been made for an examination of your application.
Please come to:
U. S. IMMIGRATION & NATURALIZATION SERVICE
200 DYER STREET
PROVIDENCE, RHODE ISLAND 02903
ON SEPTEMBER 14,2006 @1:30PM N-336

The proceeding will take about two hours. If for any reason you cannot keep this appointment return this letter immediately with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government of the United States and its history. You will also be tested on reading, writing, and speaking English, unless on the day of your appointment, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you are physically unable to read, write, or speak. Note: applicant must be eligible for English language exemptions at time of filing N400.

YOU MUST BRING WITH YOU:

- This letter.
- Alien Registration Receipt Card.
- Any draft cards.
- Your passports and/or any other documents you have which you used in connection with any entries in the United States.
- Bring all passports and a list of all the time you have been out of the United States in the last 5 years
-

YOU MUST ALSO BRING WITH YOU WHAT IS CHECKED BELOW:

---Enclosed form(s) properly and completely filled out.
---Your marriage certificate.
--Proof of death or divorce for each prior marriage of yourself or spouse. And the citizenship and/or immigration status of prior spouse.
---Your birth certificate.
---Your spouse's birth or naturalization certificate or certificate for citizenship.
---Proof of Selective Service Registration.
---Police clearance for all jurisdictions where you have resided for the past five/three years.
---Proof of child support for_______

PLEASE KEEP THIS APPOINTMENT, EVEN IF YOU DO NOT HAVE ALL THE ITEMS INDICATED ABOVE.

GOVERNMENT EXHIBIT
H