SEP 14 2006

went to Brockton MA - arrest not on that list - so didn't put on. Stuff before that was dismissed

was a trial - false accusation 1986 - arrest

GOVERNMENT EXHIBIT J