**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS, Petitioner, | ) | |
| v. | ) | C.A. No. 07-134ML |
| ALBERTO R. GONZALES, ET AL., Respondents. | ) | |

**RESPONDENTS' STATEMENT OF UNDISPUTED FACTS**

COMES NOW, Respondents, Alberto Gonzales, Attorney General of the United States, Michael Chertnoff, Secretary of the Department of Homeland Security, Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services, and Denis Riordan, Boston District Director of the United States Citizenship and Immigration Services, and submits the following statement of undisputed facts:

1. Petitioner is a native and citizen of the Commonwealth of Dominica. Ex. 1, Attach. A.

2. He became a lawful permanent resident of the United States on or about July 13, 1982. Ex. 1, Attach A.

3. On February 12, 1986, Petitioner was arrested by the Richmond, Virginia Police Department and charged with armed robbery with use of a firearm. Ex. 1, Attach. B at 3.

4. On April 19, 2004, Petitioner filed an application for naturalization, Form N-400, with the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services ("CIS"). Ex. 1, Attach. D.

5. The application instructed the applicant, "[f]or the purpose of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or

otherwise cleared or if anyone including a judge, law enforcement officer, or attorney, told you that you no longer have a record." Ex. 1, Attach. D at 8.

6. The application specifically sought information regarding the following: "Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including the INS and military officers) for any reason?" Ex. 1, Attach. D at 8.

7. In response, Mr. Louis checked the box marked "Yes." Ex. 1, Attach. D at 8. With regard to whether he had been arrested, cited, or detained by any law enforcement officer, Mr. Louis further elaborated in the application that:

a. his "ex-wife life lied to police" on July 18, 2002, in Brockton [Massachusetts];

b. "driving on suspended [license]" on September 11, 1997, in Attleboro [Massachusetts]; and

c. "bounce check" on June 11, 1997, in Brockton [Massachusetts] .

Ex. 1, Attach. D at 8.

8. In a letter dated July 10, 2004, CIS instructed Petitioner to bring additional documents to his interview. Ex. 1, Attach. E.

9. The letter stated, "[y]ou indicated in your application that you have been arrested and an FBI background check using your fingerprints also revealed that you have an arrest record. For these arrests and any other incidents in which you may have been involved, bring originals or CERTIFIED copies of all arrest records and court dispositions showing how each incident was resolved. Failure to disclose any and all arrests may result in denial of your application." Ex. 1, Attach. E.

10. On December 6, 2004, Petitioner was interviewed, under oath, by designated examiner, Stephen W. Higgins, concerning the information contained in his application. Ex. 1, Attach. D at 10.

11. At the December 6, 2004 interview, Mr. Louis indicated that he had been arrested on three occasions: July 18, 2002, because his "ex-wife lied to police;" September 11, 1997, for "driving on a suspended [license];" and June 11, 1997, for "bounce check." Ex. 1, Attach. D at 8.

12. At some point during the examination, Petitioner admitted to several other arrests in Massachusetts. Ex. 1 at 12, Attach. F.

13. The handwritten notes of Stephen W. Higgins, examiner, written in red ink on the application for naturalization, indicated that Mr. Louis told the examiner that he had "no other arrests or records." Ex. 1 at ¶ 10, Attach. D at 8.

14. This correction was marked number "6." Ex. 1 at ¶ 10; Attach. D at 8. At the conclusion of the interview, Petitioner re-signed the N-400 affirming that the information in the naturalization application, including the corrections numbered 1 through 7 were true and correct. Ex. 1, Attach. D at 10.

15. On April 6, 2006, CIS issued a decision denying Mr. Louis' application for naturalization due to lack of good moral character. Ex. 1, Attach. F.

16. In the decision, CIS noted that Mr. Louis failed to disclose his arrest on February 12, 1986, by the Richmond, Virginia Police for armed robbery and using a firearm during the commission of a felony. Ex. 1, Attach. F.

17. Subsequently, Petitioner filed a Request for Hearing on a Decision

Naturalization Proceedings. Ex. 1, Attach. G. I

18. In his request, Petitioner stated that he "blocked out" the arrest "due to the nature of the situation" that he was "falsely arrested." Ex. 1, Attach. G at 1-2.

19. In addition, he stated that he asked for the police report on himself to remind him of all the incident dealings with the courts, and since that arrest was not included, he "totally forget [sic]" to include the arrest. Ex. 1, Attach. G at 1-3.

20. On September 14, 2006, Petitioner was interviewed by a CIS examiner on his appeal application. Ex. 1, Attachs. H-I.

21. During the interview, Petitioner indicated that because the armed robbery arrest was not on his Massachusetts background check, he did not put it on the application. Ex. 1, Attachs. I-J.

22. In addition, Petitioner stated that there was a trial regarding the armed robbery arrest. Ex. 1, Attachs. I-J.

23. At the appeal hearing for his naturalization application, Petitioner did not have any difficulty recalling various details of the arrest. Ex. 1, Attachs. I-J.

24. On December 13, 2006, CIS issued a final decision denying Petitioner's naturalization application. Ex. 1, Attach. I.

25. CIS determined that Petitioner gave false testimony on his N-400 application by failing to disclose a charge of armed robbery with use of a firearm. Ex. 1,
Attach. I.

26. Petitioner then filed his Petition for Review with this Court on or about April 11, 2007.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage pre-paid, on the Petitioner by mailing same on this the day of July, 2007, to:

Phillip J. Louis
52 Borinquen Street
Providence, RI 02905