**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-134ML |
| | ) | |
| ALBERTO R. GONZALES, ET AL, | ) | |
| Respondents. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2007, I electronically filed Respondents' Motion for Summary Judgment, Memorandum in Support of Respondents' Motion for Summary Judgment , and Respondents' Statement of Undisputed Facts with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I hereby further certify that on the 26th day of July, 2007, a copy of Respondents' Motion for Summary Judgment, Memorandum in Support of Respondents' Motion for Summary Judgment , and Respondents' Statement of Undisputed Facts were mailed, by postage prepaid mail, to:

Phillip J. Louis
52 Borinquen Street
Providence, RI 02905

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov