UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Plaintiff,

VS. C.A. No. 07-134ML

ALBERTO R. GONZALES, as Attorney General of the United States, et al.

Respondents.

**ENTRY OF APPEARANCE**

I, David C. Clarke, hereby enter my appearance on behalf of the Plaintiff, Phillip J. Louis, in the above-captioned matter.

Respectfully Submitted,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: August 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on August 1, 2007

/s/ David C. Clarke