UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Petitioner,

VS. C.A. No. 07-134ML

ALBERTO R. GONZALES, as Attorney
General of the United States, et al.

Respondents.

**PETITIONER'S ASSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE**
**TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Petitioner, Phillip J. Louis, by and through his attorney, and hereby requests that the Court enter an order enlarging the time within which he may file his response to the Respondent's Motion for Summary Judgement up to and including August 27, 2007. Respondents' attorney assented to Petitioner's request for enlargement of time by telephone conference on or about August 16, 2007.

WHEREFORE, Petitioner respectfully requests that the Court enter an order enlarging the time within which he may respond to Respondent's Motion for Summary Judgment up to and including August 27, 2007.

Respectfully Submitted,

/s/ David C. Clarke

David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: August 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2007, I electronically filed the within Petitioner's Assented-to Motion for Extension of Time to File Response to Respondent's Motion for Summary Judgment with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

/s/ David C. Clarke
David C. Clarke

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on August 1, 2007

/s/ David C. Clarke