UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Petitioner,

VS. C.A. No. 07-134ML

ALBERTO R. GONZALES, as Attorney
General of the United States, et al.

Respondents.

**PETITIONER'S OBJECTION TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Petitioner, Phillip J. Louis, and hereby objects to the Respondents' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Petitioner submits the accompanying memorandum in support of his objection.

Respectfully Submitted,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: August 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on August 27, 2007

/s/ David C. Clarke