UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Petitioner,

VS. C.A. No. 07-134ML

ALBERTO R. GONZALES, as Attorney
General of the United States, et al.

Respondents.

**PETITIONER'S STATEMENT OF DISPUTED FACTS**

Now comes the Petitioner, Phillip J. Louis, and hereby submits the following statement of disputed facts.

1. Petitioner admitted to several other arrests in Massachusetts at some point during the December 6, 2004 interview. (Aff. Louis, ¶ 8.)

2. The handwritten notes of Stephen W. Higgins, examiner, written in red ink on the application for naturalization, indicated that Mr. Louis told the examiner that he had "no other arrests or records." (Aff. Louis, ¶ 6-8. Resp. Mem. S.J., Ex. 1at ¶ 10, Attach. D. at 8.)

3. During the interview, Petitioner indicated that because the armed robbery arrest was not on his Massachusetts background check, he did not put it on the application. (Resp. Mem. S.J., Ex. 1, Attachs. I-J.)

4. Petitioner told the interviewer that he had some issues in Virginia relating to a false arrest. (Aff. Louis, ¶ 7.)

5. Petitioner stated that there was a trial regarding the armed robbery arrest. (Aff. Louis, ¶

14.)

6. At the appeal hearing for his naturalization application, Petitioner did not have any difficulty recalling various details of the arrest. (Resp. Mem. S.J., Ex. 1, Attachs., I-J.)

7. The petitioner, due to circumstances surrounding the arrest and charge in Virginia, did block the incident out of his mind such that he failed to recall it during the interview. (Aff. Louis, ¶ 11, 17.)

Respectfully Submitted,

/s/ David C. Clarke

David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on August 28, 2007

/s/ David C. Clarke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Petitioner,

VS. C.A. No. 07-134ML

ALBERTO R. GONZALES, as Attorney General of the United States, et al.

Respondents.

**PETITIONER'S STATEMENT OF DISPUTED FACTS**

Now comes the Petitioner, Phillip J. Louis, and hereby submits the following statement of disputed facts.

1. Petitioner admitted to several other arrests in Massachusetts at some point during the December 6, 2004 interview. (Aff. Louis, ¶ 8.)

2. The handwritten notes of Stephen W. Higgins, examiner, written in red ink on the application for naturalization, indicated that Mr. Louis told the examiner that he had "no other arrests or records." (Aff. Louis, ¶ 6-8. Resp. Mem. S.J., Ex. 1at ¶ 10, Attach. D. at 8.)

3. During the interview, Petitioner indicated that because the armed robbery arrest was not on his Massachusetts background check, he did not put it on the application. (Resp. Mem. S.J., Ex. 1, Attachs. I-J.)

4. Petitioner told the interviewer that he had some issues in Virginia relating to a false arrest. (Aff. Louis, ¶ 7.)

5. Petitioner stated that there was a trial regarding the armed robbery arrest. (Aff. Louis, ¶

14.)

6. At the appeal hearing for his naturalization application, Petitioner did not have any difficulty recalling various details of the arrest. (Resp. Mem. S.J., Ex. 1, Attachs., I-J.)

7. The petitioner, due to circumstances surrounding the arrest and charge in Virginia, did block the incident out of his mind such that he failed to recall it during the interview. (Aff. Louis, ¶ 11, 17.)

Respectfully Submitted,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on August 28, 2007

/s/ David C. Clarke