**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS, Petitioner, | ) | |
| v. | ) | C.A. No. 07-134ML |
| ALBERTO R. GONZALES, ET AL, Respondents. | ) | |

**DECLARATION OF STEPHEN W. HIGGINS**

I, Stephen W. Higgins, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent to statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am an immigration officer (fraud detection and national security) with the U.S. Citizenship and Immigration Services ("CIS") in Providence, Rhode Island. I have held this position since April 2006.

2. From January 1988 to April 2006, I was an adjudication officer with CIS in Providence, Rhode Island.

3. On December 6, 2004, I interviewed Phillip Louis, under oath, on his application for naturalization which is attached as Exhibit 1a.

4. Based on statements that Mr. Louis made to me, I made corrections to his application in red ink and numbered these corrections. After these corrections were made, Mr. Louis resigned the application certifying that the corrections 1 through 7 were true and correct.

5. At no time during the interview did Mr. Louis state that he "had some issues in Virginia."

GOVERNMENT EXHIBIT 1

5. At no time during the interview did Mr. Louis state that he had a false arrest in Virginia.

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

September 7, 2007
Dated

Stephen W. Higgins
Stephen W. Higgins
Immigration Officer
U.S. Citizenship and Immigration Services