**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS,<br>Petitioner, | )<br>)<br>) | |
| v. | ) | C.A. No. 07-134ML |
| ALBERTO R. GONZALES, ET AL,<br>Respondents. | )<br>)<br>) | |

**RESPONDENTS' MOTION FOR CONTINUANCE OF HEARING**

Comes now, the Respondents, by and through its undersigned attorneys, and hereby requests the Court for a continuance of the Motion for Summary Judgment hearing scheduled for November 16, 2007, at 2:00 p.m. In support of this request, the undersigned attorney will be out-of-state for official government business on this date. Petitioner's attorney has no objection to this continuance.

WHEREFORE, Respondents respectfully request the Court for a continuance of the Motion for Summary Judgment hearing.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2007, I electronically filed the within Respondents' Motion for Continuance, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

David C. Clarke, Esq.
Blais Cunningham & Crowe Chester
150 Main St.
Pawtucket, RI 02860

/s/ Ly T. Nguyen

LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov