**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-134ML |
| | ) | |
| MICHAEL B. MUKASEY[1], ET AL., | ) | |
| Respondents. | ) | |

**RESPONDENTS' MOTION FOR LEAVE TO SUPPLEMENT THEIR MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Respondents, Michael B. Mukasey, Attorney General of the United States, Michael Chertoff, Secretary of the Department of Homeland Security, Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services ("CIS"), and Denis Riordan, Boston District Director of the United States Citizenship and Immigration Services, and submit the following Motion for Leave to Supplement their Motion for Summary Judgment.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000(ph)/401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey, is substituted for Alberto Gonzales as a Defendant in this action. See Fed. R. Civ. P. 25(d)(1) ("When a public officer is a party to an action in his official capacity and during its pendency . .resigns or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party.")

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PHILLIP J. LOUIS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-134ML |
| | ) | |
| MICHAEL B. MUKASEY, ET AL., | ) | |
| Respondents. | ) | |

**RESPONDENTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO SUPPLEMENT THEIR MOTION FOR SUMMARY JUDGMENT**

Respondents, Michael B. Mukasey, Attorney General of the United States, Michael Chertoff, Secretary of the Department of Homeland Security, Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services ("CIS"), and Denis Riordan, Boston District Director of the United States Citizenship and Immigration Services, and submit the following Memorandum in Support of Respondents' Motion for Leave to Supplement their Motion for Summary Judgement. Respondents request that the following attached Exhibit 5, be considered in support of Respondents' Motion for Summary Judgment. On December 3, 2007, Petitioner's counsel was contacted and stated that he has no objection to this motion.

Respondents' Motion for Summary Judgment was filed on July 25, 2007. On August 27, 2007, Petitioner filed Petitioner's Objection to Respondents' Motion for Summary Judgment. On September 11, 2007, Respondents filed their Reply to Petititioner's Objection to Motion for Summary Judgment. On December 4, 2007, Respondents received authorization from the Defense Security Service ("DSS"), Office of General Counsel to file the attached Exhibit 5, which is a record belonging to DSS, in connection with the hearing on Respondents' Motion for Summary Judgment which is scheduled for December 5, 2007.

Attached Exhibit 5 is entitled, "Department of Defense National Agency Questionaire,"

that was submitted for the purpose of enlistment to the Navy. (See Ex. 5 at 1.) The Questionaire was certified by Phillip John Louis as true and correct on January 28, 1994. (Ex. 5 at 2-3.) On page 3, Louis listed his armed robbery arrest in response to question, "Have you ever been arrested, charged, cited, held, or detained by Federal, State, or other law enforcement or juvenile authorities regardless of whether the charge was dropped or dismissed or you were found not guilty." (Ex. 5 at 3.) On Page 4, Petitioner elaborated on his armed robbery arrest as follows:

> On or about December 1985, I was falsely arrested by the Richmond Police for a [sic] armed robbery that happened [sic] a texaco service station in my neighborhood. The case was held at the Richmond District Court where [sic] at the time of the said robbery myself and family was [sic] enjoying the birthday party of a family member. My entire family was in court to testify on my behalf. I believed it was a fake robbery due to the facts that came out in the case. The case was dismissed, I was found innocent.

(Ex. 5, at 4) (emphasis added).

Respondents move to supplement their Motion for Summary Judgment with Exhibit 5 which is relevant to the Court's determination of Petitioner's subjective intent. See Kungys v. United States, 485 U.S. 759, 781 (1988) (If individual makes statements with "subjective intent of obtaining immigration benefits," he or she is statutorily precluded from establishing good moral character). Exhibit 5 clearly shows that in 1994, when questioned in connection with whether he had ever been arrested, Petitioner ably recalled the details of his armed robbery arrest on or about December 1985, including the fact that the armed robbery occured at a Texaco service station, that his "entire family was in court to testify," and that the court proceeding took place in Richmond District Court. (See Ex. 5 at 4.) Notably, this is the same armed robbery arrest in the instant case that Peitioner claims to have forgotten.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2007, I electronically filed Respondents' Motion for Leave to Supplement their Motion for Summary Judgment with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

David C. Clarke
Blais Cunningham & Crowe Chester
150 Main St.
Pawtucket, R.I. 02860

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov