DNQ NXX 2

# DEPARTMENT OF DEFENSE
# NATIONAL AGENCY QUESTIONNAIRE

Before completing form, read attached Privacy Act Statement, General, and Detailed Instructions. Items outlined by heavy black line are for Requesting Agency's use only.

Form Approved
OMB No. 0704-0299
Expires Jul 31, 1992 SEP 30, 1994

Public reporting burden for this collection of information is estimated to average 1.2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0298), Washington, DC 20503.

A. REQUEST DATE (YYMMDD): 940128

B. TYPE REQUEST (X one): (1) NAC; (2) Other (Specify); (3) DNACI; X (4) ENTNAC

C. LOCAL FILES CHECKED WITH FAVORABLE RESULTS (X one) (If "No," explain in item 16): (1) Yes; X (2) No

D. CODE: 62431

FOR DIS USE ONLY: 057 7454

E. GOVERNMENT EMPLOYMENT (X one): X (1) Yes; (2) No

F. CITIZENSHIP VERIFIED (X one): X (1) Yes; (2) No

G. FORWARD THIS REQUEST TO (Include Zip Code):
Defense Investigative Service
Personnel Investigation Center
P. O. Box 1083
Baltimore, MD 21203-1083

H. RETURN RESULTS TO (Include Zip Code):
Commander
Bureau of Naval Personnel
PERS (812)
Navy Department
Washington, D.C. 20370

I. REASON FOR REQUEST: Secret; Confidential; Commission; X Enlistment ✓; National Guard; Reserves; ROTC; Officer Candidate; Service Academy; Pers. Reliability Program; Red Cross/USO; NAFI; Summer Hire; Education/Orientation; Non-Citizen Overseas; DOD Building Pass; Unescorted Entry; Area Access; Other (Specify); Special Statement; Special Clearance; Congressional

1. NAME — Immigrant Alien Forward Results to BUPERS
a. LAST, First, Middle (LAST name in all capital letters): LOUIS, PHILLIP JOHN ✓
b. Maiden Name (if applicable): NA

2. OTHER NAMES USED (LAST, First, Middle) (Include all other names used and dates if any): NONE

3. SOCIAL SECURITY NUMBER: [redacted]

4. DATE OF BIRTH (YYMMDD): [redacted]

5. PLACE OF BIRTH: a. City: ROSEAU; b. County: NA; c. State: NA; d. Country: DOMINICA

6. PHYSICAL CHARACTERISTICS (Complete all blocks): a. Sex: MALE; b. Race: BLACK; c. Height: 5'9"; d. Weight: 144; e. Hair Color: Black; f. Eye Color: Brown

7. STATUS (X a, b, c, d, or e and complete as applicable): a. Consultant; b. Contractor Employee; c. ODDEP; d. U.S. Government Employee (Complete (1) and (2)) (1) Grade (2) X if Applicant; X e. Military (Complete (1) through (3)) (1) Rank (2) Branch of Service X (3) X if Applicant

8. CITIZENSHIP (X a, b, or c, and complete as applicable)
a. United States (X (1), (2), (3), (4) or (5)): (1) Born in U.S.; (2) Born abroad of U.S. parents; (3) Naturalized (Complete (a) through (e)); (4) Derived from naturalized parent (Complete (a) through (e)); (a) Certificate Number(s); (b) Date (YYMMDD); (c) Place; (d) Court; (e) Alien Registration Number; (5) Dual Citizenship (List country) (See DETAILED INSTRUCTIONS)
b. United States National (List U.S. Trust Territory or Possession)
X c. Alien (Complete (1) through (4)): (1) Current Citizenship: COMMONWEALTH OF DOMINICA WEST INDIES; (2) Registration Number: A36805202; (3) Intend to become a U.S. citizen? (X one) (a) Yes (b) No; (4) Permanent Resident Status? (X one) (a) Yes (b) No

9. MILITARY SERVICE (List in chronological order beginning with the most recent period. Include Reserve / National Guard service.)

| a. From (YYMMDD) | b. To (YYMMDD) | c. Branch of Service | d. Rank | e. Service Number(s) | f. Type of Discharge | g. Country |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

10. RESIDENCES (List in chronological order beginning with current address. Give the inclusive dates for each period of residence. If you list a rural route address, provide instructions or map for locating that residence. Do not list Post Office Box addresses. See DETAILED INSTRUCTIONS.)
a. Current Home Telephone (Include Area Code): [redacted]

| b. Dates (YYMM) (1) From | (2) To | c. Address (1) Number, Street and Apartment Number | (2) City | (3) State | (4) Zip Code | (5) Country |
|---|---|---|---|---|---|---|
| 9311 | Present | [redacted] | RICHMOND | VA | 23220 | USA |

DD Form 398-2, MAR 90 — Replaces all previous editions of DD Forms 48, 48-3, 398-2 and 2221, which are obsolete.

GOVERNMENT EXHIBIT 5

**11. EMPLOYMENT / DUTY ORGANIZATION** (... chronological order, beginning with the present, each period of employment, self-employment, part-time employment, and/or unemployment. List inclusive dates for each period. Also list current Reserve or National Guard Unit. If discharged for cause, so state in Item 14. See DETAILED INSTRUCTIONS)

| Yes | No | |
|---|---|---|
| | X | a. Have you ever been in Federal Civil Service? (If "Yes," explain in accordance with DETAILED INSTRUCTIONS) |

| b. Dates (YYMM) (1) From | (2) To | c. Name of Employer | d. Job Site, Duty Station or Home Port (Street, City, State and Zip Code) | e. Immediate Supervisor (1) Name (LAST, First, Middle Initial) | (2) Telephone No. (Incl. Area Code) |
|---|---|---|---|---|---|
| 9308 | Present | GREYHOUND GARAGE | 2910 N. BOULEVARD AVE RICHMOND VA 23220 | WILLCOX GEORGE | 804 254-1115 |
| 8901 | 9307 | RICHMOND AMBULANCE SERVICE | 1305 SHERWOOD AVE RICHMOND VA 23220 | EAHAN BILL | 804 254-1123 |
| | | | | | |

**12. FAMILY / ASSOCIATES** (Give requested data for: • All relatives or friends to whom you, your spouse, or cohabitant are bound by affection or obligation if such persons are residing in, are citizens of, or are employed by or otherwise acting as representatives of ANY foreign country.) • Father, Mother, Spouse, Cohabitant, and Children • All brothers and sisters NOT born in the United States

| a. Relationship and Name (LAST, First, Middle Initial) | b. Present Address (Street, City, State and Zip Code) | c. Date of Birth (YYMMDD) | d. Place of Birth (City, State, Country) | e. Citizenship |
|---|---|---|---|---|
| (1) Father [redacted] | [redacted] | [redacted] | COMMONWEALTH OF DOMINICA WEST INDIES | WEST INDIES |
| (2) Mother (Maiden Name) [redacted] | [redacted] | [redacted] | COMMONWEALTH OF DOMINICA WEST INDIES | US |
| (3) Spouse (Maiden Name if applicable) [redacted] | [redacted] | [redacted] | RICHMOND VA USA | US |
| (4) DAUGHTER [redacted] | [redacted] | [redacted] | RICHMOND VA USA | US |
| (5) | | | | |
| (6) | | | | |

**13. FOREIGN TRAVEL / CONNECTIONS** (X "Yes" or "No" for each question. "Yes" answers must be explained in accordance with DETAILED INSTRUCTIONS)

| Yes | No | |
|---|---|---|
| | X | a. Do you have any foreign property, business connections, or financial interests? |
| | X | b. Are you now or have you ever been employed by or acted as a consultant for a foreign government, firm, or agency? |
| X | | c. Have you ever traveled outside the United States on other than official U.S. Government orders? (Include even short trips to Canada or Mexico) |
| | X | d. Have you ever had any contact with a foreign government, its establishments (e.g. embassies, consulates), or its representatives, whether inside or outside the U.S., other than on official U.S. Government business? |

**14. REMARKS** (You may provide any additional information which you feel may have a bearing or impact on your security eligibility which has not been specifically asked for on this form)

13c BORN IN DOMINICA WEST INDIES, ENTERED US 8209

20a Smiked marijuna one time at childhood age due to peer pressure about 20 years ago. I was in the West Indies NO INTENTIONS OF FUTURE USE.

**15. CERTIFICATION BY PERSON COMPLETING FORM.** I certify that the entries made by me are true, complete, and accurate to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See U.S. Code, Title 18, Section 1001.)

| a. Typed Name (LAST, First, Middle Initial) | b. Social Security No. | c. Signature | d. Date Signed (YYMMDD) |
|---|---|---|---|
| LEWIS PHILLIP J. | [redacted] | (signature) | 940128 |

**16. RESULTS OF LOCAL FILES CHECK**

SEE ITEM 18b, 20a

**17. CERTIFICATION.** I certify that the above named individual is employed by this company and has the need for the clearance indicated to perform on classified contracts.

FOR INDUSTRIAL REQUESTER ONLY

| a. Contract Number | b. Telephone Number of FSO / Designee (Include Area Code) |
|---|---|
| | |

| c. Typed Name of FSO / Designee (LAST, First, Middle Initial) | d. Signature | e. Date Signed (YYMMDD) |
|---|---|---|
| | | |

DD Form 398-2, MAR 90

**Answers to questions in items 18 through 22 are NOT limited to the last 5, 10, or 15 years, but pertain to your entire life.** *(See DETAILED INSTRUCTIONS.)*

**18. ARRESTS**

- *You must list ALL arrest information regardless of whether you have previously listed or disclosed this information or whether the record in your case has been "sealed," expunged, or otherwise stricken from the court record. You must also include all courts-martial or non-judicial punishment (Article 15 UCMJ or Captain's Mast.)*
- *The only exceptions are for certain convictions under the Federal Controlled Substances Act (21 U.S.C. 844 or 18 U.S.C. Section 3607) (See DETAILED INSTRUCTIONS.)*
- *You may exclude minor traffic violations for which a fine or forfeiture of $100 or less was imposed, unless alcohol or drug related.*
- *IF YOU ARE A MILITARY ENLISTMENT APPLICANT you must list ALL traffic violations.*

| Yes | No | |
|---|---|---|
| X | | a. Have you ever been arrested, charged, cited, held, or detained by Federal, State, or other law enforcement or juvenile authorities regardless of whether the charge was dropped or dismissed or you were found not guilty? |

b. List details of "Yes" answers

| (1) Date (YYMMDD) | (2) Nature of Offense or Violation | (3) Name and Location of Law Enforcement Agency (City and State) | (4) Name and Location of Court/Magistrate (City and State) | (5) Penalty Imposed or Other Disposition in Each Case |
|---|---|---|---|---|
| 910718 | SPEEDING | RICHMOND POLICE, RICHMOND VA | RICHMOND GEN DIST CT RICHMOND VA | PAID $ 50.00 FINE |
| 850915 | ARMED ROBBERY | RICHMOND POLICE, RICHMOND VA | RICHMOND GEN DIST CT RICHMOND VA | DISMISSED |
| 880419 | DISREGARD STOP SIGN | RICHMOND POLICE, Richmond VA | Richmond Gen Dist CT RICHMOND VA | PAID $ 35.00 Fine |

**19. CREDIT HISTORY**

| Yes | No | ("YES" answers must be explained in accordance with DETAILED INSTRUCTIONS.) |
|---|---|---|
| | X | a. Have you ever filed a petition under any chapter of the bankruptcy code (to include Chapter 13)? |
| | X | b. Have you ever had your wages garnished or anything repossessed? |
| | X | c. Have you ever had a lien placed upon your property for failing to pay taxes? |
| | X | d. Do you have any judgments against you which you have not paid? |
| | X | e. Are you now or have you been significantly delinquent on debts? *(Paid more than 120 days from scheduled payment due date)* |

**20. DRUG/ALCOHOL USE AND MENTAL HEALTH** *("YES" answers must be explained in accordance with DETAILED INSTRUCTIONS.)*

| Yes | No | |
|---|---|---|
| X | | a. Have you ever tried or used or possessed any narcotic *(to include heroin or cocaine)*, depressant *(to include quaaludes)*, stimulant, hallucinogen *(to include LSD or PCP)*, or cannabis *(to include marijuana or hashish)*, or any mind-altering substance *(to include glue or paint)*, even one-time or on an experimental basis, except as prescribed by a licensed physician? |
| | X | b. Have you ever been involved in the illegal purchase, manufacture, trafficking, production, or sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis? |
| | X | c. Have you ever misused or abused any drug prescribed by a licensed physician for yourself or for someone else? |
| | X | d. Has your use of alcoholic beverages *(such as liquor, beer, wine)* ever resulted in the loss of a job, disciplinary action, arrest by police, or any alcohol-related treatment or counseling *(such as for alcohol abuse or alcoholism)*? |
| | X | e. Have you ever been treated for a mental, emotional, psychological, or personality disorder/condition/problem? |
| | X | f. Have you ever consulted or been counseled by any mental health professional? |

**21. ORGANIZATIONS**

| Yes | No | ("YES" answers must be explained in accordance with DETAILED INSTRUCTIONS.) |
|---|---|---|
| | | a. Are you now or have you ever been a member of the Communist Party or any Communist organization? |
| | X | b. Are you now or have you ever been affiliated with any organization, association, movement, group, or combination of persons which: (1) Advocates the overthrow of our constitutional form of government? |
| | X | (2) Advocates or approves the commission of acts of force, violence, coercion, or intimidation to deny persons their rights under the Constitution of the U.S.? |
| | X | (3) Seeks to alter the form of government of the United States by force, violence, or other unconstitutional means? |
| | X | (4) Advocates or engages in the disruption or halting of U.S. government activities through force, violence, or infiltration of the government service? |

c. List all organizations in which you hold or have held membership since age 16. *(You may omit labor unions, political parties, religious organizations, and those referred to in 21a. and b.)*

| (1) Name (Do not abbreviate) | (2) Address (Number and Street, City, State, Zip Code) | (3) Type | (4) From (YYMM) | (5) To (YYMM) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**22. SECURITY CLEARANCE**

| Yes | No | | | | |
|---|---|---|---|---|---|
| | X | a. Have you ever held a security clearance, to include a contractor-granted Confidential? *(If "YES," give details below.)* (1) Level | (2) Date Granted (YYMMDD) | (3) Granted by | (4) Name of Employer |
| | X | b. Have you ever had a security clearance denied, suspended or revoked? *(If "YES," give details in Item 14.)* | | | |

**23. CERTIFICATION BY PERSON COMPLETING FORM.** I certify that the entries made by me are true, complete, and accurate to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. *(See U.S. Code, Title 18, Section 1001.)*

| a. Typed Name (Last, First, Middle Initial) | b. Social Security No. | c. Signature | d. Date Signed (YYMMDD) |
|---|---|---|---|
| LOUIS, PHILLIP J | [redacted] | Phillip John Louis | 940729 |



3

Phillip John Louis

On a about December 1985 I was falsely arrested by The Richmond Police for a armed robbery that happened a texaco service station in my neighborhood. The case was held at the Richmond District court where at the time of the said robbery myself and family was enjoying the birthday party of a family member. My entire family was in court to testify on my behalf. I believe it was a fake robbery due to the facts that came out in the case. The case was dismissed, I was found innocent.

Phillip John Louis