UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHILLIP J. LOUIS,

Petitioner,

VS. C.A. No. 07-134ML

MICHAEL B. MUKASEY, et al.

Respondents.

**PETITIONER'S MOTION TO WITHDRAW PETITION FOR REVIEW**

Now comes the Petitioner, Phillip J. Louis, and hereby moves that his Petition for Review of the Final Administrative Denial of an N-400 Application for Naturalization be withdrawn.

Respectfully Submitted,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM & CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: December 14, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistred participants on December 14, 2007.

/s/ David C. Clarke